RICE v. CHAUNCEY et al.

APPEAL from the District Court of the Fifteenth Judicial District, County of Trinity.

Latham & Sunderland for Appellants.

P. L. Edwards for Respondent.

BURNETT, J., delivered the opinion of the Court—TERRY, C. J., concurring.

This was a bill in chancery to close up a partnership, for the sale of partnership property, and a distribution of the proceeds. The case was, by agreement, referred to a sole referee, who reported the evidence, his findings upon the testimony and a decree. This report was confirmed, and a decree rendered by the District Court in conformity with the report, and the defendants appealed.

The main point relied upon by the defendants is, that the finding of the referee was against the evidence. We have examined the testimony, and we can see no sufficient ground for disturbing the decree of the District Court. The other points in the case are not material.

Judgment affirmed.

WETZLAR v. THE NORTH-WEST ICE COMPANY.

APPEAL from the District Court of the Sixth Judicial District, Sacramento County.

Winans for Appellant.

Robinson, Beatty & Botts, for Respondents.

TERRY, C. J., delivered the opinion of the Court—BURNETT, J., concurring.

The evidence in this case was not sufficient to warrant the verdict of the jury, and a new trial was properly granted.

Judgment affirmed.